UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JENNIFER ASSELIN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>vs.<br><br>CENTRAL CREDIT SERVICES, LLC, and SYNCHRONY BANK<br><br>      Defendants. | Case No.: 17-cv-991<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. David E. Jones |

THE PLAINTIFF, Jennifer Asselin, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, Central Credit Services, LLC, and Synchrony Bank, have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 18, 2017

                                        Respectfully submitted,

                                        /s/ Mark A. Eldridge
                                        Mark A. Eldridge (SBN 1089944)
                                        ADEMI & O'REILLY, LLP
                                        3620 East Layton Avenue
                                        Cudahy, WI 53110
                                        (414) 482-8000
                                        (414) 482-8001 (fax)
                                        meldridge@ademilaw.com

1